MARY C. BURKE, as Executrix of THOMAS P. BURKE, Deceased, Respondent, *v.* JOSEPH F. BAKER et al., Appellants, Impleaded with Others.

Reported below, 111 App. Div. 422.
(Argued June 4, 1906; decided June 12, 1906.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 6, 1906, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to recover from the city of New York salaries of members of the fire department thereof alleged to have been assigned to plaintiff's testator.

The motion was made upon the grounds that the appeal was taken in violation of section 191 of the Code of Civil

Procedure, and that no questions of law are raised thereby, the exceptions being frivolous.

*Thomas F. Magner* for motion.

*Nelson Smith* opposed.

Motion denied, with ten dollars costs.